# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:18-CV-02150

PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

v.

GUARANTY BANCORP, EDWARD B. CORDES, JOHN M. EGGEMEYER, KEITH R. FINGER, STEPHEN D. JOYCE, GAIL H. KLAPPER, STEPHEN G. MCCONAHEY, PAUL W. TAYLOR, W. KIRK WYCOFF, SUZANNE R. BRENNAN, and INDEPENDENT BANK GROUP, INC.

        Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Paul Parshall ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to the putative class.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 22, 2018        **CODY-HOPKINS LAW FIRM**

        By: *s/Karen Cody-Hopkins*
            Karen Cody-Hopkins
            4610 S. Ulster Street
            Denver, CO 80237
            T:(303) 221-4666 f: 303-221-4666
            E: karen@codyhopkinslaw.com
            *Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800